People v Rosario (2023 NY Slip Op 05450)

People v Rosario

2023 NY Slip Op 05450

Decided on October 26, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 26, 2023

Before: Webber, J.P., Moulton, González, Kennedy, JJ. 

SCI No. 3100/11 Appeal No. 916 Case No. 2018-769 

[*1]The People of the State of New York, Respondent,
v
Ramon Rosario, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Robin Richardson of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Charles F. Hickerson IV of counsel), for respondent.

Order, Supreme Court, Bronx County (Ethan Greenberg, J.), entered on or about September 29, 2017, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The alleged mitigating factors cited by defendant, such as his age and lack of a disciplinary history while incarcerated were either adequately taken into account by the risk assessment
instrument or outweighed by aggravating factors, including the seriousness of the underlying offenses against two young children (see People v Cabrera, 166 AD3d 419, 419 [1st Dept 2018]).
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 26, 2023